

JUN 2 2 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

v.

LUIS A. ALVARADO,

    Defendant.

Criminal Action No.
5:06-CR-0167

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5:06-CR-167 against LUIS A. ALVARADO, the defendant herein.

The reason(s) for this dismissal are (check one or more):

   \_\_\_ Case transferred to another District

   \_\_\_ Speedy Trial Act

   \_\_\_ Defendant's cooperation

   \_\_\_ Insufficient evidence at this time

   _X_ Other:  [The defendant pled guilty to Criminal Information No. 5:07-CR-0108, and, pursuant to the plea agreement, Indictment No. 5:06-CR-0167 was to be dismissed at the time of sentencing on the Information.]

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is with prejudice for so long as the plea and sentence on Information No. 5:07-CR-0108 remain in effect.

GLENN T. SUDDABY<br>
United States Attorney

By: /s/ *Andrew T. Baxter*
Andrew T. Baxter
Assistant U.S. Attorney
Bar Roll No. 101114

Leave of court is granted for the filing of the foregoing dismissal.

Dated: June 22, 2007
Syracuse, New York

Hon. Norman A. Mordue
Chief United States District Court Judge

2